IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 16-1887 (EGS) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION OF DISMISSAL**

Plaintiff Judicial Watch, Inc. is now satisfied with Defendant U.S. Department of Justice's response to the Freedom of Information Act request at issue in this litigation, and, accordingly, the parties, by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, each party to bear its own attorneys' fees and costs.

Dated:  November 12, 2016         Respectfully submitted,

*/s/ Paul J. Orfanedes*
PAUL J. ORFANEDES, DC Bar #429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC  20024
Tel:    (202) 646-5172
Email: porfanedes@judicialwatch.org

*Counsel for Plaintiff*

- 2 -

        CHANNING D. PHILLIPS, DC Bar #415793
        United States Attorney

        DANIEL F. VAN HORN, DC Bar #924092
        Chief, Civil Division

        */s/ Rhonda L. Campbell*
        RHONDA L. CAMPBELL, DC Bar #396739
        Assistant United States Attorney
        Civil Division
        555 Fourth Street NW
        Washington, DC  20530
        Tel:     (202) 252-2559
        Email:  Rhonda.campbell@usdoj.gov

        *Counsel for Defendant*